IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WEST AMERICAN INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**LOUIS MUND, ROBERT FURKIN, REBECCA BROWN, PAUL FRIERDICH, WILLIAM HAWN, ROBERT GUILANDER, and MICHAEL FRIERDICH,**

**Defendants.**                                          No. 06-CV-0293-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiff's motion for extension of time (Doc. 19). Said motion is **GRANTED**. The Court **ALLOWS** Plaintiff up to and including July 26, 2006 to file a response to the motion to stay or dismiss.

**IT IS SO ORDERED.**

Signed this 6th day of July, 2006.

/s/        David RHerndon
**United States District Judge**