UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) LOUIS I. MUND, ROBERT FURKIN, ) REBECCA BROWN, PAUL FRIERDICH, ) WILLIAM HAWN, ROBERT GUILANDER ) and MICHAEL FRIERDICH, ) ) Defendants. ) | Case No. 06-CV-293 DRH |

## ORDER

This matter coming before the Court upon Motion of the Plaintiff WEST AMERICAN INSURANCE COMPANY to dismiss Defendants MICHAEL FRIERDICH and ROBERT GUILANDER, pursuant to Stipulation and Release, due notice having been given, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED that:**

(1) WEST AMERICAN INSURANCE COMPANY voluntarily dismiss this action as to Defendants MICHAEL FRIERDICH and ROBERT GUILANDER, pursuant to these Defendants' executed Stipulation and Release, and these two Defendants are hereby voluntarily dismissed from this action;

(2) This matter continues against the remaining Defendants for a determination of WEST AMERICAN INSURANCE COMPANY's defense or obligations with respect to LOUIS I. MUND under Policies BKW (00) 52 26 55 02 and BKW (01) 52 26 55 02 in regard to the matter of ROBERT FURKIN and REBECCA BROWN, Plaintiffs v. LOUIS I. MUND, PAUL FRIERDICH, WILLIAM HAWN, ROBERT GUILANDER and MICHAEL FRIERDICH, Defendants, Cause No. 2005 L 417, currently on appeal from the Circuit Court of St. Clair County, Illinois;

  (3)  Defendants MICHAEL FRIERDICH and ROBERT GUILANDER are to bear their own costs and fees in this matter; and

  (4)  Defendants MICHAEL FRIERDICH and ROBERT GUILANDER shall be bound by any judgment entered in this matter.

JANUARY 24, 2007        /S/   David   RHerndon
               UNITED STATES DISTRICT JUDGE