IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WEST AMERICAN INSURANCE COMPANY,**

**Plaintiff,**

v.

**LOUIS MUND, ROBERT FURKIN, and REBECCA BROWN,**

**Defendants.**                                        No. 06-CV-0293-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court are three motions filed by Defendants Brown and Furkin: (1) motion for leave to file answer (Doc. 59); (2) motion to strike the Plaintiff's motion for summary judgment (Doc. 60); and (3) motion for extension of time to respond to Plaintiff's motion for summary judgment. The Court **DENIES** the motion to strike and **GRANTS** the motion for extension of time and the motion for leave to file answer. The Court **ALLOWS** Defendants Furkin and Brown up to and including March 7, 2007 to file an answer and up to and including April 9, 2007 to respond to Plaintiff's motion for summary judgment.

**IT IS SO ORDERED.**

Signed this 28th day of February, 2007.

/s/       David   RHerndon
**United States District Judge**