IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WEST AMERICAN INSURANCE COMPANY,**

**Plaintiff,**

v.

**LOUIS MUND, ROBERT FURKIN, and REBECCA BROWN,**

**Defendants.**                                     No. 06-CV-0293-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Mund's motion to strike the Plaintiff's response/objection to Defendant, Mund's motion for extension of time to respond tp Plaintiff's motion for summary judgment (Doc. 72). Said motion is **DENIED**. Further, the Court **DENIES as moot** Plaintiff's motion to allow response and objections to stand (Doc. 73).

**IT IS SO ORDERED.**

Signed this 12th day of March, 2007.

/s/     David  RHerndon
**United States District Judge**