**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**WEST AMERICAN INSURANCE
COMPANY,**

**Plaintiff,**

**v.**

**LOUIS MUND, ROBERT FURKIN,
and REBECCA BROWN,**

**Defendants.**                                    **No. 06-CV-0293-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

   Pending before the Court is Plaintiff's motion to modify scheduling order and presumptive trial month (Doc. 77).  Said motion is **GRANTED**.  The Court extends the discovery deadline to June 1, 2007; the dispositive motion deadline to June 19, 2007 and the presumptive trial month to October 2007.

   **IT IS SO ORDERED.**

   Signed this 5th day of April, 2007.

       <u>/s/  David   RHerndon</u>
       **United States District Judge**