IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WEST AMERICAN INSURANCE COMPANY,**

**Plaintiff,**

v.

**LOUIS MUND, ROBERT FURKIN, and REBECCA BROWN,**

**Defendants.**  No. 06-CV-0293-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's March 30, 2007 motion to compel production of documents and to extend time for Plaintiff to file reply brief (Doc. 78). Said motion is **GRANTED in part**. The Court **ORDERS** Defendants Brown and Furkin to produce copies of the documents disclosed at Defendant Mund's deposition to Plaintiff on or before April 20, 2007. Further, the Court **ALLOWS** Plaintiff up to and including May 4, 2007 to file a reply brief.

**IT IS SO ORDERED.**

Signed this 16th day of April, 2007.

/s/      David  RHerndon
United States District Judge