# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WEST AMERICAN INSURANCE COMPANY,**

    **Plaintiff,**

v.                                  **CIVIL NO.  06-CV-293 DRH**

**LOUIS I. MUND, ROBERT FURKIN, and REBECCA BROWN**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiff's Motions for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.** Western American Insurance Company neither has a duty to defend nor indemnify Louis I. Mund in the underlying state court action, *Robert Furkin and Rebecca Brown v. Louis Mund, Paul Frierdich, William Hawn, Robert Guilander and Michael Frierdich,* Cause No. 05-L-417. Judgment is entered in favor of **WESTERN AMERICAN INSURANCE COMPANY** and against **LOUIS I. MUND**,

**ROBERT FURKIN and REBECCA BROWN**.

**NORBERT G. JAWORSKI, CLERK**

July 5, 2007                                    BY:   /s/Patricia Brown
                                                                    Deputy Clerk

APPROVED:  /s/   David   RHerndon
                   **U.S. DISTRICT JUDGE**